IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRYSTAL WYATT | CIVIL ACTION NO. 23-410 |
| V. | |
| AMERICAN AIRLINES, INC. | |

**O R D E R**

**AND NOW,** this 15th day of November 2023, it having been reported that the issues between the parties in the above action have been settled pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

George Wylesol
Clerk of Court

By:     s/ Joseph Walton
          *Deputy Clerk*

Civ. 2 41.1(b) (3/18)

| | |
|---|---|
| **From:** | Muriel Carpenter |
| **To:** | Chambers of Judge Anita B Brody |
| **Subject:** | Fwd: Wyatt, Krystal - case settled - 23-cv-00410 |
| **Date:** | Tuesday, November 14, 2023 7:46:34 PM |

**From:** Mara Wicks <mara@kollerlawfirm.com>
**Sent:** Tuesday, November 14, 2023 13:24
**To:** Muriel Carpenter <Muriel_Carpenter@paed.uscourts.gov>
**Cc:** David Koller <davidk@phillyhometownlawyer.com>; Jordan D. Santo <Jordans@kollerlawfirm.com>; dfarrington@fisherphillips.com <dfarrington@fisherphillips.com>
**Subject:** Wyatt, Krystal - case settled - 23-cv-00410

**CAUTION - EXTERNAL:**

Muriel: The above referenced matter, Krystal Wyatt v. American Airlines has settled. Case number 23cv00410. Can you please issue a L.R. Civ. 41.1(b) dismissal? If you need any additional information, kindly advise.

Thank you in advance.

Mara L. Wicks, Paralegal
Koller Law
2043 Locust Street, Suite 1B
Philadelphia, PA 19103
215-545-8917 (phone)
215-575-0826 (fax)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.